**FILED**
October 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:08-mj-366 KJM
            Plaintiff,             )
v.                                 )  ORDER FOR RELEASE
                                   )  OF PERSON IN CUSTODY
Kevin Wise,                        )
                                   )
            Defendant.             )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Kevin Wise__ Case __2:08-mj-366 KJM__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000, co-signed by Mr. And Mrs. Ramos. w/ co-signatures obtained by 5 p.m. on 10/20/08

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) Probation conditions/supervision:

Issued at __Sacramento, CA__ on __10/17/08__ at __5:05 p.m.__

By _____
Kimberly L. Mueller,
United States Magistrate Judge